UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Teresa Campagna, individually and on behalf of all those similarly situated,

Plaintiff,

-against-

Kirschenbaum Phillips & Levy, P.C.,

Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 02 2018 ★

LONG ISLAND OFFICE

Docket No: 2:18-cv-02632-JFB-GRB

## STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 15, 2018

**MICHAEL L. KOHL, P.C.**

By: /s Michael Kohl
Michael Kohl, Esq.
34 Eagle Circle
Bohemia, New York 11716
Tel: (631) 219-1810
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115191
*Attorneys for Plaintiff*

The clerk of the Court shall close the case.

/s Joseph Bianco
Joseph F. Bianco
USDJ
Date: Oct. 2, 20 18
Central Islip, N.Y.